UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVIS GREEN, personally and as father
and next of friend of KRG, a minor child, and
WLG, a minor child, APRIL KESTERSON,
JODY GREEN and DEBORAH GREEN

        Plaintiffs,

    v.

COLLEEN R MUEHLENBEIN-GILLAND

        Defendant.

Case No. 15-cv-756-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion to dismiss without prejudice (Doc. 43) pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by the plaintiff.  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties.  The defendant has responded that she has no objection to dismissal without prejudice (Doc. 46).  Accordingly, the Court **DISMISSES** this case **without prejudice** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED:  July 26, 2016**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**